EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | 2013 TSPR 55 |
| | |
| | 188 DPR ____ |
| Otto D. Lebrón Sáez | |

Número del Caso: 11,378

Fecha: 7 de mayo de 2013

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Otto D. Lebrón Sáez                    TS-11,378

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de mayo de 2013.

A la *Solicitud de Reinstalación al Ejercicio de la Abogacía,* con lugar. En consecuencia, se reinstala al Lcdo. Otto D. Lebrón Sáez al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo